IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SURGIQUEST                                    )
                                              )
            Plaintiff,                        )
            Counterdefendant,                 )
                                              )
    v.                                        )    C.A. No.  14-382-GMS
                                              )
LEXION MEDICAL, INC.                          )
                                              )
            Defendant,                        )
            Counterplaintiff.                 )
                                              )

## ORDER

At Wilmington this _16th_ day of May, 2018, IT IS HEREBY ORDERED THAT:

1. SurgiQuest's Motions (D.I. 252) are DENIED;

2. Lexion's Motions for permanent injunction, disgorgement of profits, attorneys' fees, and prejudgment interest (D.I. 255) are DENIED; and

3. Lexion's Motion for postjudgment interest (D.I. 255) is GRANTED.

UNITED STATES DISTRICT JUDGE